## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
       **Plaintiff,**

  **v.**                             **NO. 25-368 GMM**

**ALAIN LUGO ROJAS**
       *Defendant,*

_____/

## MOTION TO CONSOLIDATE

**TO: THE HONORABLE COURT:**

**Comes now** the defendant, and very respectfully alleges and prays as follows:

1. The defendant is presently charged for a re-entry after deportation.

2. The defendants' alleged reentry attempt violates his supervised release conditions imposed on  criminal case 16-658 ADC.

3. Case 16-658 ADC rests on the results of the present criminal proceedings in the present case.

4. For judicial economy, the consolidation is requested so that both cases can be resolved simultaneously.

5. Counsel requests from the court to allow the consolidation of both cases for the eventual disposition and possible sentence.

6. A motion in 16-658 ADC is being filed with the Court.

7. Defendant  requests that the present motion be granted .

**WHEREFORE**, it is respectfully requested that this Honorable Grants the present motion and consolidate case 16-658 with the present case.

**RESPECTFULLY SUBMITTED.**

September 24, 2025

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE:** I hereby certify that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record as well as to petitioner.

Respectfully submitted,

*/s/ Jose R. Gaztambide-Añeses*
Jose R. Gaztambide-Añeses, Esquire
USDC Bar No. 129011
PO Box 270343
San Juan, PR 00928
787- 431-5532
gaztambidelaw@yahoo.com