**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**
         **Plaintiff,**
    **v.**                                                    **NO. 25-368 GMM**
**ALAIN LUGO ROJAS**
         *Defendant,*
                                                    /

**INFORMATIVE MOTION**

**TO: THE HONORABLE COURT:**

**Comes now** the defendant, and very respectfully alleges and prays as follows:

1. The defendant will enter his plea next Monday December 22, 202t5.

2. The defendant instructed the undersigned to inform to the court that his plea will be straight plea.

3. Defendant  requests that the present motion be noted .

   **WHEREFORE**, it is respectfully requested that this Honorable Notes the present motion.

   **RESPECTFULLY SUBMITTED.**

December 16, 2025

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE:** I hereby certify that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record as well as to petitioner.

*/s/ Jose R. Gaztambide-Añeses*
Jose R. Gaztambide-Añeses, Esquire
USDC Bar No. 129011
PO Box 270343
San Juan, PR 00928
787- 431-5532
gaztambidelaw@yahoo.com